# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1086
_____

ISREAL WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

April 30, 2019

PER CURIAM.

DISMISSED.

WOLF and WINOKUR, JJ., concur; KELSEY, J., concurs in result.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Isreal Williams, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.